UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK E GRONQUIST,

Plaintiff,

v.

SUSAN COLLINS, et al.,

Defendant.

CASE NO. C19-5528-MJP-BAT

**ORDER GRANTING EXTENSION OF TIME**

Plaintiff has moved for an extension of the pretrial discovery and dispositive motion deadlines. Dkt. 12. Defendants do not oppose this request. Dkt. 13. Plaintiff's motion (Dkt. 12) is **GRANTED**. The pretrial scheduling order (Dkt. 11) is amended solely to the extent that the discovery deadline is extended to **December 26, 2019** and the dispositive motion deadline is extended to **January 27, 2020**.

The Court notes that defendants have now filed a motion for summary judgment (Dkt. 15). In light of defendants' now pending motion for summary judgment, and plaintiff's request for additional time to conduct discovery, plaintiff is advised that Fed. R. Civ. P. 56(d), which governs summary judgment provides that:

> If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
> (1) defer consideration of the motion or deny it;

ORDER GRANTING EXTENSION OF TIME - 1

(2) allow time to obtain affidavits or declarations or to take discovery; or
(3) issue any other appropriate order.

Rule 56(d) thus provides plaintiff with the opportunity to set forth the specific facts he needs to oppose defendants' motion for summary judgment and to request discovery limited to those facts if plaintiff cannot assert them through affidavits or declarations based upon information he already possesses.

The Clerk is directed to provide a copy of this order to all parties.

DATED this 23rd day of October, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 2