1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK E. GRONQUIST,

                              Plaintiff,

        v.

SUSAN COLLINS, et al.,

                              Defendant.

CASE NO. C19-5528-MJP-BAT

**ORDER GRANTING MOTION FOR EXTENSION OF PRETRIAL DEADLINES**

Plaintiff, proceeding *pro se* in this 42 U.S.C. § 1982 action, moves for an order extending the discovery and dispositive motion deadlines. Dkt. 22. Defendants do not oppose plaintiff's requested extension of the deadlines. Dkt. 23.

Plaintiff's motion (Dkt. 22) is GRANTED. The pretrial scheduling order is amended to reflect that all discovery shall be completed by **February 26, 2020**, and any dispositive motions must be filed by **March 27, 2020**. No further extensions will be granted.

DATED this 3rd day of January, 2020.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge